ACCEPTED
14-15-00860-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/3/2015 10:44:50 AM
CHRISTOPHER PRINE
CLERK

# No. 14-15-00860-CV

_____

IN THE FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/3/2015 10:44:50 AM
CHRISTOPHER A. PRINE
Clerk

_____

*W.A. "Andy" Meyers, individually and*
*in his capacity as Fort Bend County Commissioner,*

Appellant,

v.

*JDC/Firethorne, Ltd., a Texas Limited Partnership,*

Appellee.

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEE

_____

On appeal from Cause No. 15-DCV-221725
In the 268th Judicial District Court
Fort Bend County, Texas

_____

TO THE HONORABLE COURT OF APPEALS:

Appellee, JDC/Firethorne, Ltd., a Texas Limited Partnership ("JDC/Firethorne") files this Unopposed Motion for Extension of Time to File Brief of Appellee and would show the Court:

1.     Appellant, W. A. "Andy" Meyers, individually and in his capacity as Fort Bend County Commissioner, filed his Brief of Appellant on November 13, 2015, after taking one extension of time for four (4) days.

2.      The Court's current deadline for JDC/Firethorne's Brief of Appellee is December 7, 2015.  JDC/Firethorne seeks an extension of four (4) days to file its brief, until December 11, 2015.

3.      This extension is necessitated as a result of the intervening Thanksgiving holidays and because JDC/Firethorne's lead counsel, Don C. Griffin, will be traveling out of state from December 2, 2015 through December 6, 2015, returning to the office on December 7, 2015.

4.      This is JDC/Firethorne's first motion for extension of time.

5.      Appellant does not oppose this motion.

Therefore, JDC/Firethorne requests that the deadline for filing its Brief of Appellee be extended for four days from its current deadline of December 7, 2015 to December 11, 2015.

Respectfully submitted,

V<small>INSON</small> & Elkins LLP

*/s/ H. Dixon Montague*
H. Dixon Montague
State Bar No. 14277700
dmontague@velaw.com
Don C. Griffin
State Bar No. 08456975
dgriffin@velaw.com
Catherine B. Smith
State Bar No. 03319970
csmith@velaw.com
1001 Fannin, Suite 2500
Houston, Texas 77002-6760
Telephone: 713.758.3508
Facsimile: 713.615.5985
pmizell@velaw.com
srodriguez@velaw.com

**ATTORNEYS FOR APPELLEE**
**JDC/FIRETHORNE, LTD.**

3

## CERTIFICATE OF CONFERENCE

This is to certify that on December 3, 2015, Don Griffin, counsel for Appellee, communicated with Mark Breeding, counsel for Appellant, who confirmed that Appellant does not oppose the extension requested by this motion.

/s/ Don C. Griffin
Don C. Griffin

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 3, 2015, the foregoing Unopposed Motion for Extension of Time to File Brief of Appellees was served electronically on the following parties in accordance with the requirements of the Texas Rules of Appellate Procedure:


J. Mark Breeding
Frederick D. Junkin
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas  77002
markbreeding@andrewskurth.com
fredjunkin@andrewskurth.com


Roy L. Cordes, Jr.
Marcus D. Spencer
Randall W. Morse
William H. Vidor
Salvatore P. LoPiccolo, II
Fort Bend County
301 Jackson Street, 3rd Floor
Richmond, Texas  77469
Roy.Cordes@fortbendcountytx.gov
Marcus.Spencer@fortbendcountytx.gov
Randy.Morse@fortbendcountytx.gov
Bill.Vidor@fortbendcountytx.gov
Sal.LoPiccolo@fortbendcountytx.gov

*Attorneys for Appellant*


/s/ Catherine B. Smith
Catherine B. Smith

US 3933782v.1